## The People of the State of Illinois, Plaintiff-Appellee, v. Tilden Deck, Defendant-Appellant.

### Term No. 55–O–8. (Abstract of Decision.)

Fourth District.

November 1, 1955.

Released for publication December 5, 1955.

Thomas J. Yockey, for defendant-appellant; J. A. Eaton, State's Attorney, Jasper county, for plaintiff-appellee. Opinion by JUSTICE CULBERTSON. Not to be published in full.